**Order filed, August 13, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00357-CR

_____

**AZUBUINE ESIABA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 13**
**Harris County, Texas**
**Trial Court Cause No. 1862218**

---

## ORDER

The reporter's record in this case was due **June 24, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Deanne Bridwell**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM